FILED BY _____ LDG _____ D.C.

NOV 0 2 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Southern District of Florida |
|---|---|

| Name (under which you were convicted): Jon Eugene Minadeo | Docket or Case No.: 50-2023-MM-002683-CX |
|---|---|

| Place of Confinement : Palm Beach County Jail | Prisoner No.: 0544662 |
|---|---|

| Petitioner (include the name under which you were convicted) Jon Eugene Minadeo | v. | Respondent (authorized person having custody of petitioner) State of Florida |
|---|---|---|

| The Attorney General of the State of: Florida |
|---|

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Palm Beach County Court

    205 N Dixie Hwy, West Palm Beach, FL 33401

    (b) Criminal docket or case number (if you know): 50-2023-MM-002683-CX

2.  (a) Date of the judgment of conviction (if you know): 11/01/2023

    (b) Date of sentencing: 11/01/2023

3.  Length of sentence: 30 Days

4.  In this case, were you convicted on more than one count or of more than one crime? ☐ Yes  ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Attempt to dump litter

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.  Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☐ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

              _____

              _____

              _____

              _____

  (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

              _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

  (a)    (1) Name of court:   Palm Beach County

        (2) Docket or case number (if you know):   50-2023-MM-002683-CX

        (3) Date of filing (if you know):   09/07/2023

        (4) Nature of the proceeding:   Motion to Dismiss

        (5) Grounds raised:   State is attempting to call news flyers "litter," for political purposes.

            Schneider v State SCOTUS 1939

            First Amendment Federal Constitution

            Article 1 Sec 4 State Constitution

            Miles v. City of Edgewater Police Dep't/Preferred Govtl. Claims Sols., 190 So. 3d 171, 178 (

            Lovell v. City of Griffin

            Talley v. California

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☑ Yes    ☐ No

    (7) Result:   Denied by Marni Bryson

AO 241 (Rev. 09/17)

    (8) Date of result (if you know):    09/21/2023 _____

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐  Yes     ☐   No

    (7) Result: _____

    (8) Date of result (if you know): _____

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes    ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:      ❏ Yes    ☑ No

(2)  Second petition:   ❏ Yes    ❏ No

(3)  Third petition:     ❏ Yes    ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Inaffective Assistance of Cousel

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**  First Amendment US Constitution

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The "litter" is a flyer with political and religious information.  Both the state and defense referred to the "litter," as a

wieghted and bound bag with an info flyer carefully placed inside the bag to be recieved by the general public

One bag with a flyer was distributed to each residence in an orderly fashon at no point was a slew of flyers

dumped in a single dumping weighing between 15-50 pounds in total.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Ron Desantis has flown to a foreign country to sign anti 1A law HB269

We appeal straight to the top as an extraordinary emergency to support and defend the US Constitution

AO 241 (Rev. 09/17)

(c)      **Direct Appeal of Ground One:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?    ❐ Yes    ❐ No

      (2) If you did not raise this issue in your direct appeal, explain why: _____

      _____

      _____

(d) **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❐ Yes    ☑ No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition: _____

      Name and location of the court where the motion or petition was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

      _____

      _____

      (3) Did you receive a hearing on your motion or petition?    ❐ Yes    ❐ No

      (4) Did you appeal from the denial of your motion or petition?    ❐ Yes    ❐ No

      (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❐ Yes    ❐ No

      (6) If your answer to Question (d)(4) is "Yes," state:

      Name and location of the court where the appeal was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

      _____

      _____

      (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

      _____

      _____

      _____

      _____

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:     Motion to Dismiss

---

**GROUND TWO:**          Lack of Cause of Action  *Cannot lawfully force Personal Jurisdiction without Cause*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No Damages of any kind reported by any witness

No bodily injury reported

No property damage reported

Only feelings hurt by upset individuals at the contents of the info flyers

(b) If you did not exhaust your state remedies on Ground Two, explain why:

We appeal straight to the top as an extraordinary emergency to support and defend the US Constitution

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐  Yes      ☐  No

(2) If you did __not__ raise this issue in your direct appeal, explain why:

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes      ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:**          Lack of proper accuser

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No 6th amendment accuser.

State cannot be an accuser where no breach of the peace has occured and the state is not supporting rights

of one of its citizens.  State argued that they were supporting the rights of their residents to live free of "litter,"

where such "litter" was one info flyer distributed per household in an orderly fashon.

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

We appeal straight to the top as an extraordinary emergency to support and defend the US Constitution
_____

_____

(c)     **Direct Appeal of Ground Three:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes    ☐ No

      (2) If you did not raise this issue in your direct appeal, explain why: _____

      _____

      _____

(d)     **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐ Yes    ☐ No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition: _____

      Name and location of the court where the motion or petition was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

      _____

      (3) Did you receive a hearing on your motion or petition?     ☐ Yes    ☐ No

      (4) Did you appeal from the denial of your motion or petition?     ☐ Yes    ☐ No

      (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes    ☐ No

      (6) If your answer to Question (d)(4) is "Yes," state:

      Name and location of the court where the appeal was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

      _____

      _____

      _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**   Improper use of evidence/lack of burden of proof in relation to amount of "litter" /*Violation*
/*multiple violations of due process*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Statute claims that to meet criminal requirement the litter must exceed 15 pounds.

One flyer per lawn is akin to 1 speeding ticket at 5 over times 100 houses combined into a reckelss of 500 over

Total weight of bag in it's entirety before completion of flyer distribution police claim was 47 lbs.

Cannot prove amount in which Jon or his other friends individually threw/were going to throw per person.

*Improper Service process/no Summons/no*
*Judge's Signature on Sealed Warrants.*
*Tickets Say No Court Appearance Necessary*

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

We appeal straight to the top as an extraordinary emergency to support and defend the US Constitution

_____

_____

(c)     **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?      ❏   Yes      ❏  No

        (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

             ❏  Yes     ❏  No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?        ❑ Yes    ❑ No

(4) Did you appeal from the denial of your motion or petition?     ❑ Yes    ❑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❑ Yes    ❑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:   All four

_We appeal straight to the top as an extraordinary emergency to support and defend the US_

_Constitution_

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

Lack of Cause of Action -> IACC

Lack of Proper Accuser -> IACC

Improper use of evidence/lack of burden of proof in relation to amount of "litter" -> IACC

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Laura Wright

MUSCA LAW 789 SW Federal Hwy Ste 201 Stuart, FL 34994 (727) 234-0699

(b) At arraignment and plea:   Laura Wright

MUSCA LAW 789 SW Federal Hwy Ste 201 Stuart, FL 34994 (727) 234-0699

(c) At trial:   Laura Wright

MUSCA LAW 789 SW Federal Hwy Ste 201 Stuart, FL 34994 (727) 234-0699

(d) At sentencing:   Laura Wright

MUSCA LAW 789 SW Federal Hwy Ste 201 Stuart, FL 34994 (727) 234-0699

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     ☐ Yes   ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

      (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

      (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

Reversal of guilt and sentence via mandamus, immediate release.  Injunction against future persecutions for

political/religious flyers.  Writ of quo warranto against Marni Bryson and Dave Aronberg.  Discard HB269

or any other relief to which petitioner may be entitled.

Demand for pending "littering" trial to be heard by a federal court as per 28 USC 1443

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct ~~and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on~~ _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Friend and assistant. Petitioner is Jailed and not educated on matters of law.

AO 241 (Rev. 09/17)

# Petition for Relief From a Conviction or Sentence
# By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

#### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $_____ , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and _____ copies to the Clerk of the United States District Court at this address:

**Clerk, United States District Court for**
**Address**
**City, State  Zip Code**

If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**